# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE ALPHA UPSILON CHAPTER OF THE FRATERNITY OF BETA THETA PI, INC., | No. 4:19-CV-01061 |
| Plaintiff, | (Judge Brann) |
| v. | |
| THE PENNSYLVANIA STATE UNIVERSITY; DAMON SIMS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; DANNY SHAHA, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; and ERIC J. BARRON, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, | |
| Defendants. | |

## ORDER

**AND NOW**, this 12th day of November 2019, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss, August 26, 2019, ECF No. 7 is **GRANTED IN PART AND DENIED IN PART**.

2. Plaintiff's equal protection, negligence, fraud and deceit, civil conspiracy, and tortious interference claims (Counts 2, 3, 4, 5, and 6) are dismissed with prejudice.

3. Plaintiff may file an amended complaint by November 26, 2019. If no amended complaint is filed by that date, plaintiff's due process claim (Count 1) and its third-party beneficiary claim (Count 7) will be summarily dismissed pursuant to Fed. R. Civ. P. 41(b).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge