# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE ALPHA UPSILON CHAPTER OF THE FRATERNITY OF BETA THETA PI, INC., | No. 4:19-CV-01061 |
| Plaintiff, | (Judge Brann) |
| v. | |
| THE PENNSYLVANIA STATE UNIVERSITY; DAMON SIMS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; DANNY SHAHA, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; and ERIC J. BARRON, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, | |
| Defendants. | |

## ORDER

**AND NOW**, this 20th day of March 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss, December 17, 2019, ECF No. 25 is **GRANTED IN PART AND DENIED IN PART**.

2. Plaintiff's due process claim (Count 1) and third-party beneficiary claim (Count 7) are each **DISMISSED WITH PREJUDICE**.

3. Defendants' Motion for a More Definite Statement, December 17, 2019, ECF No. 25 is **GRANTED**.

4. Given that the Amended Complaint, November 26, 2019, ECF No. 24, is now the operative complaint in this case, to avoid any doubt and reaffirm its previous Order of November 12, 2019, ECF No. 21, the Court **DISMISSED WITH PREJUDICE** Plaintiff's equal protection, negligence, fraud and deceit, civil conspiracy, and tortious interference claims (Counts 2, 3, 4, 5, and 6).

5. Plaintiff may file an amended complaint by April 2, 2020. If no amended complaint is filed by that date, plaintiff's breach of the implied covenant of good faith and fair dealing claim (Count 5) will be struck. And the Court will close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge